CLOBRIDGE, Appellant, v. KITTS, Respondent. (Supreme Court, Appellate Division, Fourth Department. April 10, 1897.) Action by James Clobridge against Jesse T. Kitts. No opinion. Judgment affirmed, with costs.

COLE, Respondent, v. FITZGERALD, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 10, 1897.) Action by Arthur E. Cole against John W. Fitzgerald. No opinion. Judgment and order affirmed, with costs. All concur, except HARDIN, P. J., not voting.

COLUMBUS TRUST CO., Appellant, v. MYERS et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 9, 1897.) Action by the Columbus Trust Company, as trustee, etc., against William H. Myers and others. No opinion. Order modified by striking out award of costs, and as modified affirmed, without costs, on the ground that the granting of the order was not a matter of right, but of discretion.

COLWELL v. COLWELL. (Supreme Court, Appellate Division, First Department. March 12, 1897.) Action by Frederick L. Colwell against Genevieve R. Colwell. No opinion. Motion denied. See 40 N. Y. Supp. 1140; 43 N. Y. Sup. 439.

COLWELL LEAD CO. v. SIRE. (Supreme Court, Appellate Division, First Department. March 12, 1897.) Action by the Colwell Lead Company against Leander S. Sire. No opinion. Motion denied. See 43 N. Y. Supp. 1152.

CRANDALL, Respondent, v. PHILLIPS, Appellant. (Supreme Court, Appellate Division, Second Department. March 9, 1897.) Action by Harlan Crandall against John R. Phillips. No opinion. Motion for reargument denied, on the ground that the change in the record does not affect the conclusion reached. See 43 N. Y. Supp. 299.

CRAYNE, Respondent, v. MOODY, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 10, 1897.) Action by Thomas Crayne (or Cryan) against Charles P. Moody. No opinion. Judgment and orders affirmed, with costs.

CRONIN, Appellant, v. LORD, Respondent. (Supreme Court, Appellate Division, Third Department. March 8, 1897.) Action by John H. Cronin against William Lord, as executor, etc. No opinion. Judgment affirmed, with costs.

DAILEY et al., Respondents, v. DEVLIN, Appellant. (Supreme Court, Appellate Division, Second Department. April 6, 1897.) Action by Abram H. Dailey and James D. Bell against John Devlin. No opinion. Order reversed, and motion granted, on payment by appellant of $10 costs of motion within 10 days.

DARBY, Appellant, v. HINCKEL BREWING CO., Respondent. (Supreme Court, Appellate Division, Third Department. December, 1896.) Action by Henry S. Darby, as assignee of Wilhelm Segeritz and Peter Straub, for the benefit of creditors, against the Hinckel Brewing Company. No opinion. Judgment affirmed, with costs.

In re DARRAGH. (Supreme Court, Appellate Division, First Department. April 15, 1897.) In the matter of Robert L. Darragh. No opinion. Motion denied upon payment of $10 costs.

DAVID JONES CO. v. HAWKINS. (Supreme Court, Appellate Division, First Department. October 16, 1896.) Action by the David Jones Company against David Hawkins. No opinion. Motion denied upon payment of $20 costs.

DAVIS, Appellant, v. AETNA INS. CO. OF HARTFORD, CONN., Respondent. (Supreme Court, Appellate Division, Fourth Department. April 10, 1897.) Action by Isaac Davis against the Aetna Insurance Company of Hartford, Conn. No opinion. Judgment and order affirmed, with costs.

DAWSON, Appellant, v. PIONEER BUILDING & LOAN SAV. ASS'N, Respondent. (Supreme Court, Appellate Division, Third Department. March 8, 1897.) Action by Mary A. Dawson, as executrix, etc., against the Pioneer Building & Loan Savings Association of Troy. No opinion. Motion for reargument denied, without costs. See 42 N. Y. Supp. 1123.

DAYTON v. WESTON. (Supreme Court, Appellate Division, First Department. October 16, 1896.) Action by Mary A. Dayton against Theodore W. Weston. No opinion. Motion granted, with $10 costs.

In re DECKER. (Supreme Court, Appellate Division, Second Department. March 9, 1897.) Application by Delbert H. Decker to be admitted to practice. No opinion. Application granted. See 43 N. Y. Supp. 1153.